**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| v. | : | Mag. No. 07-536-AK-1 |
| | : | |
| **TERESA ANN WHITE,** | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy). |
| Defendant. | : | |

**I N F O R M A T I O N**

The United States Attorney informs the Court:

**COUNT ONE**

**Introduction**

At all times material to this Information:

1. A moving and storage company identified in these proceedings as "S Storage Company" was located on Florida Avenue, N.W., in the District of Columbia.

2. A co-conspirator worked in the accounting department at S Storage Company from April 2006 to July 2007; it was the co-conspirator's job to manage accounts payable, including: handling invoices; paying vendors; and posting expenses.  As such, she had access to the computer system of S Storage Company and the ability to create accounts.

3. The defendant TERESA ANN WHITE did not work at S Storage Company.

**The Conspiracy**

4. From in or before April 2007, and continuing thereafter through at least July 2007, in the District of Columbia and elsewhere, the defendant TERESA ANN WHITE did unlawfully and knowingly conspire, combine, confederate, and agree with other persons both known and unknown to the United States to commit offenses against the United States, that is, engaging in a scheme to

transport across state lines money in excess of $5,000 taken by fraud, in violation of 18 U.S.C. §§ 2314 and 2.

## Goal of the Conspiracy

5. It was a goal of the conspiracy that defendant TERESA ANN WHITE and her co-conspirator(s) would embezzle money from S Storage Company by obtaining checks written on S Storage Company's bank account, take the embezzled checks across state lines, deposit the fraudulently obtained checks into a bank account in Maryland, and share the ill-gotten proceeds.

## Manner and Means

6. It was part of the conspiracy that the co-conspirator would create a new account under the name of an existing vendor, a transportation company identified in these proceedings as "G/A Transporters," a legitimate transportation company.

7. It was a further part of the conspiracy that the co-conspirator would use legitimate invoices from G/A Transporters to deceive the accounting system at S Storage Company to generate duplicate checks as if to pay for invoices, which had already been paid. During this period of time, in the District of Columbia, the co-conspirator fraudulently generated nine checks, totaling $195,862.73 payable to G/A Transporters payable by S Storage Company.

8. It was a further part of the conspiracy that, on or about April 12, 2007, defendant TEREASA ANN WHITE opened a bank account at a Maryland branch of BB&T bank using the business name "G/A Transporters," and her own address, telephone number, and Social Security Number. Neither the defendant WHITE nor the co-conspirator had the authority to open such an account.

9. It was a further part of the conspiracy that from on or about April 2007 to June 2007, the co-conspirator gave defendant TERESA ANN WHITE (either directly or indirectly) nine fraudulently-obtained checks, totaling more than $195,000, generated in the District of Columbia; defendant WHITE deposited these checks into the recently-opened G/A Transporters bank account, each time depositing the checks into Maryland branches of the bank. These checks were drawn on the account of S Storage Company, with the District of Columbia address printed on the face of each check.

10. It was further part of the scheme to defraud that, thereafter, the defendant TERESA ANN WHITE withdrew cash from the G/A Transporters' account and gave the co-conspirator cash, either directly or indirectly, according to the instructions of the co-conspirator; defendant WHITE also used money from the account for her own personal expenses.

## Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the defendant TERESA ANN WHITE and other members of the conspiracy committed the following overt acts, among others, in the District of Columbia and elsewhere:

11. On or about April 5, 2007, in the District of Columbia, the co-conspirator tricked the accounting computer system at S Storage Company into fraudulently generating a check to G/A Transporters in the amount of $12,649.40.

12. On or about April 12, 2007, in the District of Maryland, the defendant TERESA ANN WHITE opened a bank account in the name of G/A Transporters using her own address and identifying information.

13. Sometime between April 5, 2007 and April 12, 2007, in the District of Columbia and the District of Maryland, the co-conspirator transported or caused to be transported across state lines from the District of Columbia to the State of Maryland, the fraudulently-generated and embezzled check written on the account of S Storage Company and in the amount of $12,649.40.

14. On or about April 12, 2007, in the District of Maryland, the defendant TERESA ANN WHITE deposited the fraudulently-generated and embezzled check written on the account of S Storage Company and in the amount of $12,649.40 into the bank account which she opened without authority in the name of G/A Transporters.

**(Conspiracy, in violation of Title 18, United States Code, Section 371.)**

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia


By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530

(202) 514-9732