IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA  ) | | |
| ) | Cr. No. 08-0044 (RCL) | |
| v.   ) | | |
| ) | | |
| TERESA ANN WHITE   ) | | |
| ) | | |

**DEFENDANT'S MOTION TO CONTINUE HEARING**

Defendant, Teresa White, through undersigned counsel, respectfully moves this Honorable Court to continue the status/plea hearing currently scheduled for March 18, 2008 at 5:00 p.m. In support of this motion, Ms. White states as follows:

Counsel and Ms. White have discussed the case and the plea agreement more than once over the telephone. In light of counsel's schedule, Ms. White's own ongoing child custody battle, and the fact that Ms. White resides over an hour outside Washington, D.C., they have not been able to meet in person. Both Ms. White and counsel would find it beneficiary to meet in person and request additional time in which to do so. Counsel anticipates that, if the hearing is continued, by the time the parties do appear in court, Ms. White will be in a position to plea guilty and the case can proceed in a smooth fashion. Counsel believes that continuing the hearing would save judicial resources and ensure that the case proceeds in the most efficient manner possible.

For these reasons, Ms. White requests a continuance of approximately two weeks.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 08-0044 (RCL) |
| v. | ) | |
| | ) | |
| TERESA ANN WHITE | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Continue Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the hearing set for March 18, 2008 is VACATED, and that a plea hearing is scheduled for _____, 2008 at \_\_\_\_\_.

SO ORDERED.

_____          _____
DATE                                      THE HONORABLE ROYCE C. LAMBERTH
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham, AUSA
Lara Quint, AFPD