UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-0044(RCL) |
| | : | |
| v. | : | |
| | : | |
| **TERESA ANN WHITE,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE AND
RESPONSE TO DEFENSE MOTION TO CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Appearance and response to the defense motion to continue.

On March 3, 2008, the undersigned Assistant U.S. Attorney (AUSA) filed a criminal Information, which initiated the above-captioned case. This case is assigned to the undersigned AUSA, and the government respectfully requests that the Electronic Case Filings system note the government attorney of record.

On March 13, 2008, the defense filed a motion to continue the plea hearing date. The government does not oppose this request.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
       VIRGINIA CHEATHAM
       Assistant United States Attorney
       D.C. Bar No. 411980
       Virginia.cheatham@usdoj.gov
       Fraud/Public Corruption
       555 4th Street, N.W., 5th Floor
       Washington, D.C. 20530
       (202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2008, that a copy of the foregoing Notice and Response was served via ECF on counsel for the defendant, Lara G. Quint, Esq.

_____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney