IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
) Cr. No. 08-0044 (RCL)
v. )
)
TERESA ANN WHITE )
)

FILED

APR - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Defendant's Motion to Continue Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED, *nunc pro tunc*, that the hearing set for March 18, 2008 is

VACATED, and that a plea hearing is scheduled ~~for~~ *as set by the Clerk*, ~~2008 at~~

_____.

SO ORDERED.

___4/7/08___
DATE

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham, AUSA
Lara Quint, AFPD

Case 1:08-cr-00044-RCL    Document 5    Filed 04/09/2008    Page 2 of 2