U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED
MAY 0 1 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA     :

V.                           :      Case No. 08-44 (RCL)

TERESA ANN WHITE             :

                             :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __1st__ day of __May 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by __MPD Detective Espinosa & USSS SA Traceski__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __415 4th St SW__ ~~300 Indiana Ave., N.W.~~ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

CJ    Judge ~~(Magistrate)~~ Royce C. Lamberth

DOJ USA-16-80

COURT