AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

**FILED**
MAY 0 1 2008
Clerk, U.S. District and
Bankruptcy Courts

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

Teresa Ann White

## WAIVER OF INDICTMENT

CASE NUMBER: 08-44

I, _Teresa Ann White_, the above named defendant, who is accused of

_18:371 - Conspiracy to commit Interstate Transportation of Money Taken by Fraud._

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5/1/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Teresa Ann White_
Defendant

_[signature]_
Counsel for Defendant

Before _Royce C. Lamberth_
Judicial Officer