CO-526
(12/86)

**FILED**

MAY 0 1 2008

Clerk, U.S. District and
Bankruptcy Courts

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
            )
            )
    **vs.**       )  Criminal No. _08-44_
            )
_Teresa Ann White_    )
            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_Teresa Ann White_
       **Defendant**

       **Counsel for defendant**

I consent:

**United States Attorney**

Approved:

**Judge**