UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07- |
| | : | 08-44 |
| v. | : | |
| | : | |
| TERESA ANN WHITE, | : | |
| Defendant. | : | |

FILED
MAY 01 2008
Clerk, U.S. District and
Bankruptcy Courts

Let this be filed.
Royce C. Lamberth
U.S.D.J.  5/1/08

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Teresa Ann White agrees and stipulates as follows:

On about April 12, 2007, at the request of H.C., the defendant Teresa Ann White opened a bank account at BB&T bank using the name of a transportation company identified in these proceedings as "G/A Transporters," a legitimate transportation company. H.C. told Ms. White to open the account specifically at BB&T bank. As directed by H.C., Ms. White established the account in the name of "Teresa Ann White DBA G/A Transporters," but knew that H.C. did not have authority to give her permission from G/A Transporters to open such a bank account.

From about April 12, 2007 to June 22, 2007, H.C. directly or indirectly, gave Ms. White nine checks, totaling $195,862.73 payable to G/A Transporters. Ms. White deposited these nine checks into the White DBA G/A Transporters bank account, each time depositing the checks into Maryland branches of BB&T. These nine checks were drawn from an account belonging to a Washington D.C. moving and storage company, identified in these proceedings as "S Storage Company,"and the employer of H.C. Each check listed S Storage Company's name and its District of Columbia address.

Thereafter, Ms. White withdrew cash from the White DBA G/A Transporters bank account and gave the cash to H.C. directly or indirectly, according to the instructions of H.C.;

Ms. White also used money from the account for her own personal expenses. Ms. White knew that she was not entitled to open the account in the name of G/A Transporters and knew that H.C. obtained the checks from the District of Columbia. Ms. White knew that H.C. obtained the checks by fraud and that neither she, nor H.C., were entitled to the money.

In sum, Ms. White agreed to assist H.C. in embezzling money from S Storage Company by opening a bank account, depositing nine checks into the account, and withdrawing cash for H.C. Ms. White intentionally joined the plan, and in furtherance of the plan, overt acts were committed in the District of Columbia, including obtaining the checks by trickery and fraud and transporting the checks, worth in excess of $5,000, across the District/Maryland lines.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## DEFENDANT'S ACCEPTANCE

      I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 5/1/08

Teresa Ann White
Defendant

      I have discussed this Statement of Offense with my client. I concur with her decision to stipulate to this Statement of Offense.

Date: 5/1/08

Lara Quint, Esq.
Attorney for the Defendant