IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 08-0044 (RCL) |
| v.                                   ) | |
| ) | |
| TERESA ANN WHITE         ) | |
| _____) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Defendant, Teresa White, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing currently scheduled for October 24, 2008.  In support of this motion, Ms. White states as follows:

In light of counsel's trial and travel schedule, as well as the schedule of the Probation Officer assigned to Ms. White's case, Ms. White still has not undergone a Presentence Investigation Interview.  The interview is currently scheduled for September 4th, a mere week before the disclosure due date.  Because the Probation Officer will be out of the office between early September and September 22, she has asked for a brief extension of the sentencing and, correspondingly, of the deadline for filing the Presentence Investigation Report.  Because the Probation Office has cooperated with counsel when she had work-related travel and could not be present for interviews, counsel asks the Court to accommodate its request.

Counsel has contacted counsel for the government and the latter has no objection to the instant motion.  Counsel's schedule is flexible in November.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_/s/_____
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. 08-0044 (RCL) |
| v. | ) | |
| | ) | |
| **TERESA ANN WHITE** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing set for October 24, 2008 is VACATED, and that a sentencing hearing is scheduled for _____, 2008 at _____.

SO ORDERED.

_____                             _____
DATE                                          THE HONORABLE ROYCE C. LAMBERTH
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham, AUSA
Lara Quint, AFPD