UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 08-0044 (RCL) |
| v. | ) ) ) | |
| TERESA ANN WHITE | ) ) | |
| Defendant. | ) ) | |

**FILED**
SEP - 4 2008
Clerk, U.S. District and
Bankruptcy Courts

## ORDER

Upon consideration of Defendant's Motion to Continue Sentencing [12], it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing set for October 24, 2008 is VACATED, and that a sentencing hearing is scheduled for December 5, 2008, at 9:30 A.M.

SO ORDERED.

_____   _____9/4/08_____
Chief Judge Royce C. Lamberth            Date